CAROL CECERE v. HAROLD A. WILSON, JR.

March 27, 1984.

Petition for certification denied.

MASONRY, INC. v. ROBERT KERRIS, INC.

March 27, 1984.

Petition for certification denied.

DAAG STAADT CORP. v. TOWNSHIP OF
NORTH BERGEN.

March 27, 1984.

Petition for certification denied.

RUBY DI PAOLA v. BERNARD DI PAOLA.

March 27, 1984.

Petition for certification denied.